## 12 CV 05417

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Stephanie Pisto

_____

_____

_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

Federal Reserve Bank of New York

_____

_____

*(In the space above enter the full name(s) of the defendant(s).*
*If you cannot fit the names of all of the defendants in the space*
*provided, please write "see attached" in the space above and*
*attach an additional sheet of paper with the full list of names.*
*Typically, the company or organization named in your charge*
*to the Equal Employment Opportunity Commission should be*
*named as a defendant. Addresses should not be included here.)*

**COMPLAINT
FOR EMPLOYMENT
DISCRIMINATION**

Jury Trial:   ☒ Yes   ☐ No

*(check one)*

RECEIVED
JUL 12 2012
PRO SE OFFICE

This action is brought for discrimination in employment pursuant to: *(check only those that apply)*

_____    Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e
to 2000e-17 (race, color, gender, religion, national origin).
*NOTE: In order to bring suit in federal district court under Title VII, you must first obtain a*
*Notice of Right to Sue Letter from the Equal Employment Opportunity Commission.*

_____    Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§
621 - 634.
*NOTE:  In order to bring suit in federal district court under the Age Discrimination in*
*Employment Act, you must first file a charge with the Equal Employment Opportunity*
*Commission.*

__X__    Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 -
12117.
*NOTE: In order to bring suit in federal district court under the Americans with Disabilities Act,*
*you must first obtain a Notice of Right to Sue Letter from the Equal Employment Opportunity*
*Commission.*

_____    New York State Human Rights Law, N.Y. Exec. Law §§ 290 to 297 (age,
race, creed, color, national origin, sexual orientation, military status, sex,
disability, predisposing genetic chacteristics, marital status).

_____    New York City Human Rights Law, N.Y. City Admin. Code §§ 8-101 to
131 (actual or perceived age, race, creed, color, national origin, gender,
disability, marital status, partnership status, sexual orientation, alienage,
citizenship status).

## I.    Parties in this complaint:

A.    List your name, address and telephone number. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff    Name    Stephanie Pisto
Street Address    1032 Willow Leaf Way
County, City    Rockville
State & Zip Code    Maryland
Telephone Number    917-497-5982

B.    List all defendants' names and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant    Name    Federal Reserve Bank of New York
Street Address    33 Liberty Street
County, City    New York
State & Zip Code    New York  10005
Telephone Number    212-720-6130

C.    The address at which I sought employment or was employed by the defendant(s) is:

Employer    Federal Reserve Bank of New York
Street Address    33 Liberty Street
County, City    New York
State & Zip Code    New York  10005
Telephone Number    212-720-6130

## II.    Statement of Claim:

State as briefly as possible the facts of your case, including relevant dates and events. Describe how you were discriminated against. If you are pursuing claims under other federal or state statutes, you should include facts to support those claims. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. The discriminatory conduct of which I complain in this action includes: *(check only those that apply)*

|  |  |
|---|---|
| _____ | Failure to hire me. |
| _____ | Termination of my employment. |
| __X__ | Failure to promote me. |
| __X__ | Failure to accommodate my disability. |
| __X__ | Unequal terms and conditions of my employment. |

    __X__       Retaliation.

    _____      Other acts *(specify)*: _____.

*Note:* *Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.*

B.    It is my best recollection that the alleged discriminatory acts occurred on: 2009 and continuing until 2011.
                                                                              *Date(s)*

C.    I believe that defendant(s) *(check one)*:

    _____      is still committing these acts against me.

    __X__      is not still committing these acts against me.

D.    Defendant(s) discriminated against me based on my *(check only those that apply and explain)*:

☐    race _____      ☐    color _____

☐    gender/sex _____      ☐    religion_____

☐    national origin _____

☐    age.    My date of birth is _____ *(Give your date of birth only if you are asserting a claim of age discrimination.)*

☒    disability or perceived disability, <u>ADHD and Dyslexia</u> and <u>Medical Issue</u> *(specify)*

E.    The facts of my case are as follow *(attach additional sheets as necessary)*:

<u>Please see EEOC complaint, consisting of six pages, which details the factual and legal allegations in my case.</u>

_____

_____

_____

_____

_____

_____

*Note:* *As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, the New York State Division of Human Rights or the New York City Commission on Human Rights.*

## III.   Exhaustion of Federal Administrative Remedies:

A.    It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding defendant's alleged discriminatory conduct on: <u>March 10, 2011</u> *(Date)*.

B.   The Equal Employment Opportunity Commission *(check one)*:

_____   has not issued a Notice of Right to Sue letter.

___X___   issued a Notice of Right to Sue letter, which I received on April 18, 2012 *(Date)*.

> *Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.*

C.   Only litigants alleging age discrimination must answer this Question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding defendant's alleged discriminatory conduct *(check one)*:

_____   60 days or more have elapsed.

_____   less than 60 days have elapsed.

## IV.   Relief:

**WHEREFORE,** plaintiff prays that the Court grant such relief as may be appropriate, including injunctive orders, damages, and costs, as follows: _____

Compensatory damages; retroactive promotions, raises in pay, and bonuses.

_____
*(Describe relief sought, including amount of damages, if any, and the basis for such relief.)*

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this 12 day of July , 20 12

Signature of Plaintiff   Stephanie Pislo

Address   1032 Willow Leaf Way

Rockville, Maryland 20854

Montgomery County

Telephone Number   773 230 7815

Fax Number *(if you have one)*   301-424-1876

EEOC Form 161 (11/09)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

### DISMISSAL AND NOTICE OF RIGHTS

| To: | Stephanie Pisto<br>10 Ataboy Court<br>Red Bank, NJ 07701 | From: | New York District Office<br>33 Whitehall Street<br>5th Floor<br>New York, NY 10004 |
|---|---|---|---|

|  | On behalf of person(s) aggrieved whose identity is<br>CONFIDENTIAL (29 CFR §1601.7(a)) |  |  |
|---|---|---|---|
| EEOC Charge No.<br><br>520-2011-01670 | EEOC Representative<br>**Michael Huber,**<br>**Investigator** |  | Telephone No.<br><br>(212) 336-3766 |

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other (briefly state)

RECEIVED

APR 18 2012

LEGAL DEPARTMENT

### - NOTICE OF SUIT RIGHTS -
(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred **more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

_Kevin J. Berry,_                                                    APR 17 2012

Enclosures(s)

**Kevin J. Berry,**
**District Director**                                               (Date Mailed)

cc:   **Respondent:**

FEDERAL RESERVE BANK OF NEW YORK
33 Liberty Street
New York, NY 10005

**Attorney for Charging Party:**

Martin N. Silberman, Esq.
SILBERMAN LAW FIRM
110 William Street
Suite 1410
New York, NY 10038

COPY

EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION | Charge Presented to: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ___ FEPA<br>_X_ EEOC | |

_____ and EEOC

*State or local Agency, if any*

| Name (*indicate Mr. Ms. Mrs.*)<br>Ms. Stephanie Pisto | Home Phone (Incl. Area Code)<br>773-230-7815 | Date of Birth<br>11/18/68 |
|---|---|---|

| Street Address<br>10 Ataboy Court, Red Bank, New Jersey  07701 | City, State and ZIP Code | |
|---|---|---|

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I believe Discriminated Against Me or Others. (*If more then two, list under PARTICULARS below.*)

| Name<br>Federal Reserve Bank of NY | No. Employees, Members<br>more than 200 | Phone No. (Include Area Code)<br>212-720-6130 |
|---|---|---|
| Street Address<br>33 Liberty Street, New York, New York  10005 | City, State and ZIP Code | |
| Name | No. Employees, Members | Phone No. (Include Area Code) |
| Street Address | City, State and ZIP Code | |

| DISCRIMINATION BASED ON (*Check appropriate box(es).*)<br><br>__ RACE  __ COLOR  __ SEX  __ RELIGION  __ NATIONAL ORIGIN<br><br>_X_ RETALIATION  __ AGE  _X_ DISABILITY  __ OTHER (Specify below.) | DATE(S) DISCRIMINATION TOOK PLACE<br>Earliest            Latest<br>October 2005    March 2011<br><br>__ CONTINUING ACTION |
|---|---|

THE PARTICULARS ARE (*If additional paper is needed, attached extra sheet(s)*):

See attached pages 1 - 5.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLANANT |
| 3/10/2011      *Stephanie Pisto*<br>Date        *Charging Party Signature* | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(*month, day, year*) |

1.    I am employed by the Respondent as Senior Bank Examiner B, Capital Assessments Team, in the Models and Methodologies Department.

2.    I have been employed by the Respondent since September 2005.

3.    I am disabled, as that term is understood under the Americans With Disabilities Act (hereinafter, "ADA").

4.    I suffer from Attention Deficit Hyperactivity Disorder, a recognized condition under the ADA. I also suffer from dyslexia, a learning disability, which is also a recognized disability under the ADA.

5.    Shortly after I began employment, in around 2006, I asked for and subsequently received several accommodations for my disabilities.

6.    The accommodations granted to me included the provision to me of mind-mapping and dictation software, and a Blackberry, which was used for scheduling issues. I found these accommodations very helpful in carrying out my job responsibilities. These helped me with time management.

7.    In early 2007, I requested and was granted an accommodation of my dyslexia disability. I was assigned the services of an editor, who helped improve my organization skills, and achieve greater clarity in my written documents.

8.    In May 2008, I lost access to the mind-mapping and dictation software when I received a new computer. I lost use of the editor at the same time.

9.    I then attempted to obtain the software for my new computer, but was never able to obtain it again, despite my numerous requests for same.

10.    In April 2009, I again asked my supervisor for help in obtaining accommodations

for my disabilities. He was unable to direct me to the proper person for help. I made numerous efforts to find out the appropriate office regarding the granting of accommodations.

11. In December 2009, I contacted the Respondent's Medical Department to attempt to arrange for accommodations of my disabilities, at the suggestion of the Personnel Office.

12. At that time, I specifically requested the use of a Job Coach, and the previous accommodations that I had lost.

13. Between January 2009 and the present, I have made continuing efforts to obtain accommodations. Regardless of the steps I took, or the quantity of documentation I submitted, I was stonewalled by the Respondent in my efforts to obtain accommodations necessary for me to perform my job.

14. On January 25, 2010, I made a formal written request for accommodations of my disabilities. I submitted all required documentation, and specifically asked for the provision of an editor and a job coach, two reasonable ways to accommodate my conditions, as well as the software that had helped me before.

15. In mid-February 2010, I inquired of the Medical Department regarding my accommodation request. The response was vague and unhelpful. It was apparent that the Medical Department was dragging its feet.

16. In March 2010, the Medical Department again communicated with my physician under the pretext that additional documentation was required.

17. I previously submitted medical documentation regarding my condition in 2005

2

and in January, 2010.

18. To date, the Respondent has failed to provide me with an accommodation of my disabilities. The result of this failure has been the steady decline in my yearly performance evaluations to the point where I am at risk of being terminated for poor performance, in the very subject areas where an accommodation would help me to perform my job, and previously helped me in carrying out my job duties.

19. Between 2006 and 2007 my yearly performance evaluation improved significantly as a direct result of the provision to me of the software referred to above, and the services of the editor.

20. During 2007-2008, I lost the use of the mind-mapping and dictation software and the services of the editor.

21. In 2008, as a direct result of the removal of my accommodations, my yearly evaluation in leadership was lowered from "Exceeds Expectations" to "Meets Expectations."

22. In 2009 and 2010, my yearly evaluations continued to decline in the areas which would be affected most positively by the use of the software , the editor, and the job coach.

23. At that time I specifically requested the use of a Job Coach, and the previous accommodations that I had lost.

24. In 2009, I was criticized for underestimating time to complete tasks, late deliverables, disorganized writing, unprofessional behavior, contentious interactions, and an irregular schedule. These led to a downgrade in my annual

3

review in the self-management and leadership components to a rating of "below expectations.

25.    In 2010, the nature of several tasks assigned to me changed and the new tasks were significantly more difficult for me, given my disabilities. In order to complete them to expectations, I would have needed additional accommodations, beyond what was previously requested. In addition to the criticism received in 2009, I was criticized for focusing on minor technical issues and not appreciating the "big picture;" not engaging on exams; needing help and monitoring from other co-workers; being disrespectful; failing to inspire confidence in my abilities; causing friction and harming relationships at multiple levels; and damaging the Federal Reserve's ability to perform its role as a financial regulator. Management intentionally misinterpreted my emails and actions leading to additional criticisms of not taking responsibility for my actions, overstating my contributions on exams, and failing to follow proper escalation protocol. The results were a downgrade in my overall performance to below expectations, a downgrade in my expertise rating, and ratings of below expectations in self-management, leadership, relationship building and communication/persuasiveness. I was also advised that my annual performance review was the first step in the Bank's formal disciplinary process.

26.    Given my current disabilities, and the nature and extent of the negative criticisms I have received on my past two evaluations, it is clear to me that I will be terminated by the Respondent, unless I receive the accommodations I need.

4

27.   The Respondent has failed to take the necessary steps to carry out an interactive process with me and my physician and medical team, to attempt to provide me with reasonable accommodation of my disabilities.

28.   I charge the Respondent with unlawful discrimination in employment and retaliation, based on my status as a disabled person.

29.   As a result of the unlawful discrimination and retaliation, I have been denied promotions, raises, and bonuses to which I would be entitled had I been afforded the accommodations to which I am entitled.

30.   I have also suffered substantial emotional injury as a result of the continuing discriminatory practices against me.

Date:   New York, New York
        March 10, 2011

STEPHANIE PISTO

5